Case 07-14277   Doc 70   Filed 03/10/09   Entered 03/10/09 18:16:56   Desc Main
            Document      Page 1 of 2

```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14277
    DUANE E CRENSHAW
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6229


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/08/2007 and was confirmed 01/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/28/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
AMERICAN HOME MTG SERVIC  CURRENT MORTG       .00             .00            .00
AMERICAN HOME MTG SERVIC  SECURED NOT I       .00             .00            .00
AMERICAN HOME MTG SRV     UNSEC W/INTER  NOT FILED           .00            .00
AMERICAN HOME MTG         CURRENT MORTG       .00             .00            .00
AMERICAN HOME MTG         MORTGAGE ARRE    820.07             .00         820.07
AMERICAN HOME MTG SRV     UNSEC W/INTER  NOT FILED           .00            .00
BENEFICIAL MORTGAGE CO O  CURRENT MORTG       .00             .00            .00
BENEFICIAL MORTGAGE CO O  SECURED NOT I   1960.99             .00            .00
CHASE AUTO FINANCE        SECURED NOT I       .00             .00            .00
LAW FIRM OF HUTCHENS      NOTICE ONLY    NOT FILED           .00            .00
NORTH CAROLINA DEPT OF R  SECURED             .00             .00            .00
NORTH CAROLINA DEPT REVE  PRIORITY        2852.02          127.96        2852.02
ALLIED INT                NOTICE ONLY    NOT FILED           .00            .00
AMERICAN EXPRESS TRAVEL   UNSEC W/INTER  29402.09         1479.26            .00
AMERICAN EXPRESS TRAVEL   UNSEC W/INTER  10224.70          514.40            .00
CITI CARDS                UNSEC W/INTER  NOT FILED           .00            .00
CITIBANK                  UNSEC W/INTER  NOT FILED           .00            .00
ENCORE RECEIVABLE MANAGE  NOTICE ONLY    NOT FILED           .00            .00
GE CONSUMER FINANCE       UNSEC W/INTER   6206.63          273.75            .00
FEDERATED RETAIL HOLDING  UNSEC W/INTER   4181.13          210.36            .00
NATIONWIDE CREDIT/AMERIC  NOTICE ONLY    NOT FILED           .00            .00
NCO FIN/99                NOTICE ONLY    NOT FILED           .00            .00
UNITED COLLECTIONS        NOTICE ONLY    NOT FILED           .00            .00
WFFINANCIAL               UNSEC W/INTER  NOT FILED           .00            .00
CHASE MANHATTAN           NOTICE ONLY    NOT FILED           .00            .00
WELLS FARGO FINANCIAL IL  SECURED        14192.95         1370.78        5762.10
AMERICAN HOME MORTGAGE    NOTICE ONLY    NOT FILED           .00            .00
BENEFICIAL OF ILLINOIS    NOTICE ONLY    NOT FILED           .00            .00
NORTH CAROLINA DEPT REVE  UNSEC W/INTER   1058.35           53.23            .00
CHASE AUTO FINANCE        UNSEC W/INTER  15184.65          763.98            .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED           .00            .00
LEGAL HELPERS PC          DEBTOR ATTY     2,274.00                     2,274.00

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 14277 DUANE E CRENSHAW
```

```
TOM VAUGHN                 TRUSTEE                                    1,383.09
DEBTOR REFUND              REFUND                                       500.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                18,385.00

PRIORITY                                         2,852.02
    INTEREST                                       127.96
SECURED                                          6,582.17
    INTEREST                                     1,370.78
UNSECURED                                             .00
    INTEREST                                     3,294.98
ADMINISTRATIVE                                   2,274.00
TRUSTEE COMPENSATION                             1,383.09
DEBTOR REFUND                                      500.00
                       ---------------        ---------------
TOTALS                 18,385.00                18,385.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE